IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01529-WYD-MEH

ANA L. KELIIHOLOKAI,
SANDRA M. CHAVES,
MARIA E. BAEZA,
SHARON M. PAAVOLA, and
ELNORA R. SHABAZZ,

    Plaintiffs,

v.

FITZSIMMONS COMMUNITY FEDERAL CREDIT UNION, a Colorado corporation, and
CHERYL JAMES, an individual,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 12, 2007.**

    Plaintiffs' Unopposed Motion to File Amended Complaint [Filed December 10, 2007; Docket #30] is **granted**. Plaintiff's tendered amended complaint, Docket #31, is accepted as filed, and Defendants' deadline for answering will run from the date of this Order.