IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01529-WYD-MEH

ANA L. KELIIHOLOKAI,
SANDRA M. CHAVES,
MARIA E. BAEZA,
SHARON M. PAAVOLA, and
ELNORA R. SHABAZZ,

    Plaintiffs,

v.

FITZSIMONS COMMUNITY FEDERAL CREDIT UNION, a Colorado corporation, and
CHERYL JAMES, an individual,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 29, 2008.**

    Based upon the parties' agreement, and the entire record herein, Plaintiffs' Unopposed Motion for Entry of Stipulated Protective Order Concerning Confidential Information [Filed January 28, 2008; Docket #44] is **granted**. The Court will sign the Protective Order and enter it on the record.