IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01529-WYD-MEH

ANA L. KELIIHOLOKAI;
SANDRA M. CHAVEZ;
MARIA E. BAEZA;
SHARON M. PAAVOLA; and
ELNORA R. SHABAZZ,

    Plaintiffs,

v.

FITZSIMMONS COMMUNITY FEDERAL CREDIT UNION, a Colorado corporation; and
CHERYL JAMES, an individual,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation of Dismissal With Prejudice (docket #56), filed April 17, 2008. After careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulation should be approved and that Plaintiffs' claims against the Defendants should be **DISMISSED WITH PREJUDICE**. Accordingly, it is

ORDERED that the Stipulation of Dismissal With Prejudice (docket #56) is **APPROVED**; and that Plaintiffs' claims against the Defendants are **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.

Dated: April 18, 2008

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                U. S. District Judge